# In the United States District Court
# for the District of Minnesota

| | |
|---|---|
| Mark Allan | **Counterclaim** |
| v. | - common law counterclaim in admiralty - |
| Jacob Joseph LEW | |

**Comes now** Mark Allan of the FIEDLER family making a special visitation by absolute ministerial right to the district court, "restricted appearance" under Rule E(8). Jacob Joseph LEW has been making false claims and this counterclaim is in the "exclusive original cognizance" of the United States through the district court - see the First Judiciary Act of September 24, 1789, Chapter 20, page 77.

**Jurisdiction**: The United States Treasury, Secretary of the Treasury as US Governor for the International Monetary Fund (United Nations) is making a claim to have authority to adjust the financial records of Mark Allan's estate for the tax year of 2013:

> "...the United States, ... within their respective districts, as well as upon the high seas; (a) saving to suitors, in all cases, the right of a common law remedy, where the common law is competent to give it; and shall also have exclusive original cognizance of all seizures on land,..." *The First Judiciary Act*, September 24, 1789; Chapter 20, page 77. *The Constitution of the United States of America*, Revised and Annotated - Analysis and Interpretation - 1982; Article III, §2, Cl. 1 *Diversity of Citizenship*, U.S. Government Printing Office document 99-16, p. 741.

Jacob Joseph LEW, acting as "City METRO officer – US Governor for the International Monetary Fund" *city* of Washington, *District* of Columbia is agent of a foreign principal, a "foreign state" defined at Title 28 of the United States Codes §1603, and Title 22 U.S.C. §611.

The district court for the District of Minnesota has acquired exclusive original cognizance of this counterclaim, as Jacob Joseph LEW is the US Governor of the International Monetary Fund, an organ of the United Nations.

**Law of the flag**: Man is created in the image of God and to reduce a man to chattel against the national debt is an affront to God. Exodus 13:16 and Genesis 1:27.

SCANNED
APR 29 2014
U.S. DISTRICT COURT MPLS

## Cause of action

An agent of Jacob Joseph LEW (the Respondent) has mailed a letter threatening sanctions of $5,000 in fines per incident to Mark Allan. This agent, signed "Layne Carver" is accusing Mark Allan of filing a frivolous tax return when the actual return is in conformity with law and historical fact. Line 74(a) on the Tax Return in question is blank, so it is a mistake to assume that Mark Allan is making a claim for a Refund with the Treasury or IRS. Additionally, LEW/CARVER have cited a memorandum that does not describe Mark Allan's tax return as frivolous and the accusation is based on a presumption that Mark Allan endorses private credit from the Fed. Simply put, there is nothing to correct about the tax return but CARVER states that the IRS will not respond or correspond to anything but a corrected tax return and will proceed without further notice to billing Frivolous Return penalties, leaving no alternative but to create this record with the US Governor of the IMF (Secretary of the Treasury) as principal for the Federal Reserve as the US central bank.

## Verified statement of right

Mark Allan owns the house, all property and land registered in any variation of his name free and clear. Mark Allan protects his ownership rights from any liens or *assumpsit* by redeeming lawful money by demand pursuant to §16 of the 1913 Federal Reserve Act and Title 12 USC §§411, 342 and 95(a)(2).

## Stipulation of acceptable answer

The issue is simple. Jacob Joseph LEW must address whether the funds on the tax return ($5,708) should be refunded to Mark Allan, be gifted to the United States Treasury or are owed as Income Tax on Taxable Income even with Mark Allan making his demand for lawful money according to law. Mark Allan has in good faith filled out the paperwork (1040 Form) accurately according to his financial records during the tax year of 2013 and cannot possibly correct what is already correct as CARVER seems to be requiring in the Letter.

## Stipulation of remedy

The recourse sought is immediate exclusive original cognizance of the United States through the district court. This case is repository for evidence for injunctive relief from any future presentments and theft or kidnap actions from *any* foreign agents or principals. Presentments will be treated as described by the following example of clerk instruction:

*Lawful Money*