# SUMMONS IN A CIVIL ACTION

United States District Court
for the
District of Minnesota

Civil Action File No.
14cv 1332 (DSD/FLN)

Mark Allan

    Plaintiff,

v.

Jacob Joseph LEW

    Defendant.

**SUMMONS IN A CIVIL ACTION**

To the above named Defendant(s):

To:
    Jacob Joseph LEW (Secretary of the US Treasury/US Governor for the IMF); 1500 Pennsylvania Avenue NW; city of Washington, District of Columbia, [20220]

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer of employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Mark Allan
    7034 Lake Shore Drive South
    Richfield, Minnesota. [55423]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RICHARD D. SLE
Richard D. Sletten - Clerk

_____ Deputy Clerk
(Seal of Court)

Date:

Clerk, U.S. District Court for the District of Minnesota; 300 South Fourth Street; 202 U.S. Courthouse; Minneapolis, Minnesota 55415

NOTE: This summons is issued pursuant to Rule 4 of the Federal Rules of Civil Procedure

## SUMMONS IN A CIVIL ACTION

United States District Court
for the
District of Minnesota

Civil Action File No.

14cv1332 (DSD/FLN)

Mark Allan }
}
Plaintiff, }
}
v. }
}
Jacob Joseph LEW }   **SUMMONS IN A CIVIL ACTION**
}
Defendant. }

To the above named Defendant(s):

To:
        Jacob Joseph LEW (Secretary of the US Treasury/US Governor for the IMF); 1500 Pennsylvania Avenue NW; city of Washington, District of Columbia, [20220]

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer of employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Mark Allan
        7034 Lake Shore Drive South
        Richfield, Minnesota. [55423]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RICHARD D. SLE[TTEN]
Richard D. Sletten - Clerk

_____
Deputy Clerk
(Seal of Court)

Date:

Clerk, U.S. District Court for the District of Minnesota; 300 South Fourth Street; 202 U.S. Courthouse; Minneapolis, Minnesota 55415

NOTE: This summons is issued pursuant to Rule 4 of the Federal Rules of Civil Procedure

# SUMMONS IN A CIVIL ACTION

United States District Court
for the
District of Minnesota

Civil Action File No.
14cv1332 (DSD/FLN)

Mark Allan

Plaintiff,

v.

Jacob Joseph LEW              **SUMMONS IN A CIVIL ACTION**

Defendant.

To the above named Defendant(s):

To:
    Jacob Joseph LEW (Secretary of the US Treasury/US Governor for the IMF); 1500 Pennsylvania Avenue NW; city of Washington, District of Columbia, [20220]

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer of employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Mark Allan
    7034 Lake Shore Drive South
    Richfield, Minnesota. [55423]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RICHARD D. SLET...
Richard D. Sletten - Clerk

_____ Deputy Clerk
(Seal of Court)

Date:

Clerk, U.S. District Court for the District of Minnesota; 300 South Fourth Street; 202 U.S. Courthouse; Minneapolis, Minnesota 55415

NOTE: This summons is issued pursuant to Rule 4 of the Federal Rules of Civil Procedure

## SUMMONS IN A CIVIL ACTION

United States District Court
for the
District of Minnesota

Civil Action File No.
/4cv 1332 (DSD/FLN)

Mark Allan

Plaintiff,

v.

Jacob Joseph LEW            **SUMMONS IN A CIVIL ACTION**

Defendant.

To the above named Defendant(s):

To:
      Jacob Joseph LEW (Secretary of the US Treasury/US Governor for the IMF);
1500 Pennsylvania Avenue NW; city of Washington, District of Columbia, [20220]

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer of employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

      Mark Allan
      7034 Lake Shore Drive South
      Richfield, Minnesota. [55423]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                          RICHARD D. SLETTEN
                                          Richard D. Sletten - Clerk

                                                             Deputy Clerk
                                                (Seal of Court)

Date:

Clerk, U.S. District Court for the District of Minnesota; 300 South Fourth Street; 202 U.S. Courthouse; Minneapolis, Minnesota 55415

NOTE: This summons is issued pursuant to Rule 4 of the Federal Rules of Civil Procedure