## SUMMONS IN A CIVIL ACTION

United States District Court
for the
District of Minnesota

Mark Allan

Plaintiff,

v.

Jacob Joseph LEW

Defendant.

Civil Action File No.

14cv1332 (DSD/FLN)

**SUMMONS IN A CIVIL ACTION**

To the above named Defendant(s):

To:

    Jacob Joseph LEW (Secretary of the US Treasury/US Governor for the IMF); 1500 Pennsylvania Avenue NW; city of Washington, District of Columbia, [20220]

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer of employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Mark Allan
    7034 Lake Shore Drive South
    Richfield, Minnesota. [55423]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RICHARD D. SLETTEN
Richard D. Sletten - Clerk

_____
Deputy Clerk
(Seal of Court)

Date:

Clerk, U.S. District Court for the District of Minnesota; 300 South Fourth Street; 202 U.S. Courthouse; Minneapolis, Minnesota 55415

NOTE: This summons is issued pursuant to Rule 4 of the Federal Rules of Civil Procedure.

SCANNED
MAY 30 2014
U.S. DISTRICT COURT MPLS

## In the United States District Court
## for the District of Minnesota

| | |
|---|---|
| Mark Allan | **Counterclaim** |
| v. | - common law counterclaim in admiralty - |
| Jacob Joseph LEW | |

14-cv 1332(DSD/FLN)
RECEIVED
APR 29 2014
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

**Comes now** Mark Allan of the FIEDLER family making a special visitation by absolute ministerial right to the district court, "restricted appearance" under Rule E(8). Jacob Joseph LEW has been making false claims and this counterclaim is in the "exclusive original cognizance" of the United States through the district court - see the First Judiciary Act of September 24, 1789, Chapter 20, page 77.

**Jurisdiction**: The United States Treasury, Secretary of the Treasury as US Governor for the International Monetary Fund (United Nations) is making a claim to have authority to adjust the financial records of Mark Allan's estate for the tax year of 2013:

> "...the United States, ... within their respective districts, as well as upon the high seas; (a) saving to suitors, in all cases, the right of a common law remedy, where the common law is competent to give it; and shall also have exclusive original cognizance of all seizures on land,..." *The First Judiciary Act*; September 24, 1789; Chapter 20, page 77. *The Constitution of the United States of America*, Revised and Annotated - Analysis and Interpretation - 1982; Article III, §2, Cl. 1 *Diversity of Citizenship*, U.S. Government Printing Office document 99-16, p. 741.

Jacob Joseph LEW, acting as "City METRO officer – US Governor for the International Monetary Fund" *city* of Washington, *District* of Columbia is agent of a foreign principal, a "foreign state" defined at Title 28 of the United States Codes §1603, and Title 22 U.S.C. §611.

The district court for the District of Minnesota has acquired exclusive original cognizance of this counterclaim, as Jacob Joseph LEW is the US Governor of the International Monetary Fund, an organ of the United Nations.

**Law of the flag**: Man is created in the image of God and to reduce a man to chattel against the national debt is an affront to God. Exodus 13:16 and Genesis 1:27.

## Cause of action

An agent of Jacob Joseph LEW (the Respondent) has mailed a letter threatening sanctions of $5,000 in fines per incident to Mark Allan. This agent, signed "Layne Carver" is accusing Mark Allan of filing a frivolous tax return when the actual return is in conformity with law and historical fact. Line 74(a) on the Tax Return in question is blank, so it is a mistake to assume that Mark Allan is making a claim for a Refund with the Treasury or IRS. Additionally, LEW/CARVER have cited a memorandum that does not describe Mark Allan's tax return as frivolous and the accusation is based on a presumption that Mark Allan endorses private credit from the Fed. Simply put, there is nothing to correct about the tax return but CARVER states that the IRS will not respond or correspond to anything but a corrected tax return and will proceed without further notice to billing Frivolous Return penalties, leaving no alternative but to create this record with the US Governor of the IMF (Secretary of the Treasury) as principal for the Federal Reserve as the US central bank.

## Verified statement of right

Mark Allan owns the house, all property and land registered in any variation of his name free and clear. Mark Allan protects his ownership rights from any liens or *assumpsit* by redeeming lawful money by demand pursuant to §16 of the 1913 Federal Reserve Act and Title 12 USC §§411, 342 and 95(a)(2).

## Stipulation of acceptable answer

The issue is simple. Jacob Joseph LEW must address whether the funds on the tax return ($5,708) should be refunded to Mark Allan, be gifted to the United States Treasury or are owed as Income Tax on Taxable Income even with Mark Allan making his demand for lawful money according to law. Mark Allan has in good faith filled out the paperwork (1040 Form) accurately according to his financial records during the tax year of 2013 and cannot possibly correct what is already correct as CARVER seems to be requiring in the Letter.

## Stipulation of remedy

The recourse sought is immediate exclusive original cognizance of the United States through the district court. This case is repository for evidence for injunctive relief from any future presentments and theft or kidnap actions from *any* foreign agents or principals. Presentments will be treated as described by the following example of clerk instruction:



**Monumental Process Servers, Inc.**
823 MLK Jr. Blvd. ♦ Baltimore, MD 21201
Phone: 410.523.4980   Fax: 410.523.4986
www.monumentalps.com

May 2, 2014

MARK FIEDLER
7034 Lake Shore Drive South
Richfield, Minnesota 55423

**RE: SERVICE OF PROCESS ON THE U.S. SECRETARY OF TREASURY**
**1500 Pennsylvania Ave NW Washington DC**

Per our phone conversation today, please be reminded that the office of the Secretary of Treasury at above address can only accept documents on behalf of employees being sued in their official capacity. Any case that is against any employee in their individual capacity can not be accepted at above address.

In consideration of this, please revise your suit to make sure that your Summons and Complaint names Jacob Joseph Lew in his capacity as the Secretary of Treasury.

Also, to make sure that you are in compliance with your court rules and state laws, kindly
Consult a legal professional before making changes to your suit.

Enclosed is your case as well as the $80.00 check you forwarded to us.

Thank you very much.

Best,

Kathy Acamine

**MEMBER:**
National Association of Professional Process Servers,
Mid-Atlantic Association of Professional Process Servers, Maryland Association of Paralegals,
Community Associations Institute, National Federation of Paralegals

**Serving the Legal Community Since 1978**



# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

**Mark Allan**

Plaintiff(s),

**CERTIFICATE OF SERVICE FOR SERVICE BY MAIL**

Case No. **14cv1332(DSD/FLN)**

vs.

**Secretary of Treasury Jacob Joseph LEW**

Defendant(s).

(Enter the full name(s) of ALL plaintiffs and defendants in this lawsuit. Please attach additional pages, if necessary.)

I hereby certify that on **05/13/2014**           (mm/dd/yyyy), I caused the following documents: *[List the documents you are going to file and serve.]*

**SUMMONS IN A CIVIL ACTION**
**Counterclaim - common law counterclaim in admiralty**

**Monumental Process Servers, Inc. May 2nd Letter of Refusal to provided Service**

*[Check the box, below, that applies to how you served the above documents.]*

☐ to be filed electronically with the Clerk of Court through ECF and/or

☑ that I caused a copy of the foregoing documents (and the notice of electronic filing, if filed electronically) to be mailed by first class mail, postage paid, to the following: *[List names and addresses of those served by U.S. Mail.]*

**Certified Mail Receipt - 7013-2250-0001-6870-4475 [LEW]**
**Jacob Joseph LEW 1500 Pennsylvania Avenue NW, Washington, D.C. [20220]**
**Certified Mail Receipt - 7013-2250-0001-6870-4482 [LUGER]**
**Andrew M. LUGER 300 South Fourth Street, Minneapolis, Minnesota [55415]**
**Certified Mail Receipt - 7013-2250-0001-6870-4499 [HOLDER]**
**Eric HOLDER JR. 950 Pennsylvania Avenue NW, Washington, D.C. [20530]**

Date: **05/13/2014**                                **s/ Mark Allan**

                                                    _____
                                                    **Signature of filing party**
                                                    Mark Allan
                                                    _____
                                                    Filer's Typed Name



U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

7013 2250 0001 6870 4499

For delivery information visit our website at www.usps.com®

WASHINGTON DC 20530

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ $2.03 | 0423 |
| Certified Fee | $3.30 | 05 |
| Return Receipt Fee (Endorsement Required) | $2.70 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $8.03 | 05/13/2014 |

RICHFIELD MN MAY 13 2014 USPS 55423

Sent To: Eric H. Holder Jr.
Street, Apt. No.; or PO Box No.: 950 Pennsylvania Ave NW
City, State, ZIP+4: Washington, D.C. [20530]

PS Form 3800, August 2006 See Reverse for Instructions

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

7013 2250 0001 6870 4475

For delivery information visit our website at www.usps.com®

WASHINGTON DC 20220

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $2.03 |
| WASHINGTON DC 20220 | | |
| Certified Fee | $2.03 | 0423 |
| Return Receipt Fee (Endorsement Required) | $3.30 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $2.70 | 05 |
| Total Postage & Fees | $ $0.00 | |

RICHFIELD MN MAY 13 2014 USPS 55423

Sent To: Jacob Joseph Lew $8.03 05/13/2014
Street, Apt. No.; or PO Box No.: 1500 Pennsylvania AVE. N.W
City, State, ZIP+4: Washington, DC [20220]

PS Form 3800, August 2006 See Reverse for Instructions

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

7013 2250 0001 6870 4482

For delivery information visit our website at www.usps.com®

MINNEAPOLIS MN 55415

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ $2.03 | 0423 |
| Certified Fee | $3.30 | 05 |
| Return Receipt Fee (Endorsement Required) | $2.70 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $8.03 | 05/13/2014 |

RICHFIELD MN MAY 13 2014 USPS 55423

Sent To: Andrew Lugar
Street, Apt. No.; or PO Box No.: 300 South Fourth Street
City, State, ZIP+4: Minneapolis, Minnesota 55415

PS Form 3800, August 2006 See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery 5/14/14

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

1. Article Addressed to:

United States District Attorney
Andrew Lugar
300 South Fourth Street
Minneapolis, Minnesota 55415

3. Service Type
☒ Certified Mail®    ☐ Priority Mail Express™
☐ Registered         ☐ Return Receipt for Merchandise
☐ Insured Mail       ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7013 2250 0001 6870 4482

PS Form 3811, July 2013    Domestic Return Receipt

UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Mark Allan
7034 Lake Shore Drive South
Richfield, Minnesota [55423]