IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MINNESOTA

| | |
|---|---|
| MARK ALLAN, ) | |
| ) | Case No. 14-cv-01332-DSD-FLN |
| Plaintiff, ) | |
| ) | **MOTION TO DISMISS** |
| v. ) | |
| ) | |
| JACOB JOSEPH LEW, ) | |
| ) | |
| Defendant. ) | |

The United States, on behalf of Jacob Joseph Lew and the Internal Revenue Service, moves to dismiss the complaint filed by Plaintiff Mark Allan Fiedler.[1] Fiedler's complaint should be dismissed pursuant to Federal Rule of Civil Procedure 12(b)(1) and (b)(6) for lack of subject-matter jurisdiction and failure to state a claim upon which relief can be granted.

---

[1] The plaintiff's full name is Mark Allan Fielder. (*See* Exhibit to Fiedler's complaint, April 23, 2014, letter from IRS to Fiedler, Dkt. No. 1-2.)

2

The basis for this motion is more fully set forth in the United States' supporting memorandum of law.

Date:  July 11, 2014

                                                Respectfully submitted,

                                                ANDREW M. LUGER
                                                United States Attorney

                                                */s/ Erin E. Lindgren*
                                                ERIN E. LINDGREN
                                                Trial Attorney, Tax Division
                                                U.S. Department of Justice
                                                Minn. Bar No. 0392617
                                                P.O. Box 7238, Washington, D.C.  20044
                                                202-353-0013 (v)
                                                202-514-6770 (f)
                                                Erin.Lindgren@tax.usdoj.gov

                                                Of Counsel:

                                                TAMARA W. ASHFORD
                                                Acting Assistant Attorney General