IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| MARK ALLAN, | ) | |
| | ) | Case No. 14-cv-01332-DSD-FLN |
| Plaintiff, | ) | |
| | ) | **NOTICE OF HEARING ON UNITED** |
| v. | ) | **STATES' MOTION TO DISMISS** |
| | ) | |
| JACOB JOSEPH LEW, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

PLEASE TAKE NOTICE that on September 5, 2014, at 10:00 a.m. in the

courtroom of the Honorable David S. Doty, United States District Judge, in Courtroom

14W, United States District Court, 300 South Fourth Street Minneapolis, MN 55415, the

court will hold a hearing on the United States' Motion to Dismiss. Each party will be

afforded 15 minutes to present oral argument at the hearing.


ANDREW M. LUGER
United States Attorney

*/s/ Erin E. Lindgren*
ERIN E. LINDGREN
Trial Attorney, Tax Division
U.S. Department of Justice
Minn. Bar No. 0392617
P.O. Box 7238, Washington, D.C.  20044
202-353-0013 (v);202-514-6770 (f)
Erin.Lindgren@tax.usdoj.gov

Of Counsel:
TAMARA W. ASHFORD
Acting Assistant Attorney General