IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MINNESOTA

| | |
|---|---|
| MARK ALLAN, | ) |
| | ) Case No. 14-cv-01332-DSD-FLN |
| Plaintiff, | ) |
| | ) **CERTIFICATE OF SERVICE BY** |
| v. | ) **MAIL** |
| | ) |
| JACOB JOSEPH LEW, | ) |
| | ) |
| Defendant. | ) |
| | ) |

  I certify that on July 11, 2014, I filed with the Clerk of Court via CM/ECF the following documents:

United States' Motion to Dismiss

and I certify that I caused a copy of the foregoing documents to be sent by U.S. mail, postage-paid to:

Mark A. Fiedler<br>7034 Lake Shore Drive S.<br>Richfield, MN 55432

               */s/ Erin E. Lindgren*
               ERIN E. LINDGREN
               Trial Attorney, Tax Division
               U.S. Department of Justice
               Minn. Bar No. 0392617
               P.O. Box 7238, Washington, D.C.  20044
               202-353-0013 (v);202-514-6770 (f)
               Erin.Lindgren@tax.usdoj.gov