IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MINNESOTA

| | |
|---|---|
| MARK ALLAN, ) | |
| ) | Case No. 14-cv-01332-DSD-FLN |
| Plaintiff, ) | |
| ) | **CERTIFICATE OF SERVICE OF** |
| v. ) | **ORDER** |
| ) | |
| JACOB JOSEPH LEW, ) | |
| ) | |
| Defendant. ) | |
| ) | |

I certify that on July 11, 2014, I caused the following order

Order granting the United States' Motion to Dismiss

to be filed with the court via email to the following judge who is hearing the motion:

The Honorable David S. Doty at doty_chambers@mnd.uscourts.gov

and I certify that I caused a copy of the proposed order to be sent by U.S. mail to:

Mark A. Fiedler
7034 Lake Shore Drive S.
Richfield, MN 55432

*/s/ Erin E. Lindgren*
ERIN E. LINDGREN
Trial Attorney, Tax Division
U.S. Department of Justice
Minn. Bar No. 0392617
P.O. Box 7238, Washington, D.C.  20044
202-353-0013 (v);202-514-6770 (f)
Erin.Lindgren@tax.usdoj.gov