In the United States District Court
for the District of Minnesota

Mark Allan

v.

Jacob Joseph LEW

CASE #: 0:14-cv-01332-DSD-FLN

*RECEIVED 14 JUL 16 PM 1:56 CLERK, U.S. DIST COURT MINNEAPOLIS MN*

## Certificate of Mailing Return Receipt

*SCANNED JUL 16 2014 U.S. DISTRICT COURT MPLS*

Also as indicated the Return Receipt to the Defendant was never Returned.

**Return Receipt (PS Form 3811, July 2013):**

- Article Addressed to: United States Attorney General Eric H. Holder Jr., 950 Pennsylvania Ave NW, Washington, D.C. 20530
- Article Number: 7013 2250 0001 6870 4499
- Service Type: Certified Mail
- Signature: X
- Date of Delivery: JUN 11 2014

**USPS Sales Receipt:**

```
RICHFIELD PO
RICHFIELD, Minnesota
554239998
2663650423 -0097
05/13/2014    (800)275-8777    04:12:10 PM

                Sales Receipt
Product         Sale  Unit      Final
Description     Qty   Price     Price

WASHINGTON DC 20530 Zone-5              $2.03
First-Class Mail Large Env
5.80 oz.
Expected Delivery: Fri 05/16/14
Return Rcpt (Green Card)                $2.70
@@ Certified                            $3.30
USPS Certified Mail #:
70132250000168704499
                                      ========
Issue PVI:                              $8.03

MINNEAPOLIS MN 55415-1320 Zone-0        $2.03
First-Class Mail Large Env
5.90 oz.
Expected Delivery: Wed 05/14/14
Return Rcpt (Green Card)                $2.70
@@ Certified                            $3.30
USPS Certified Mail #:
70132250000168704482
                                      ========
Issue PVI:                              $8.03

WASHINGTON DC 20220 Zone-5              $2.03
First-Class Mail Large Env
5.80 oz.
Expected Delivery: Fri 05/16/14
Return Rcpt (Green Card)                $2.70
@@ Certified                            $3.30
USPS Certified Mail #:
70132250000168704475
                                      ========
Issue PVI:                              $8.03
```