**In the United States District Court
for the District of Minnesota**

Mark Allan

v.

Jacob Joseph LEW

CASE #: 0:14-cv-01332-DSD-FLN

## Refusal for Cause

The original ORDER is marked in red ink Refusal for Cause and is filed as marked by the USDC Clerk of Court. This ORDER is irregular, unsigned and appears to be private as it has not been filed with the clerk of court or published through PACER. More irregular is that the chief judge, who should know better so this is puzzling, has generated this ORDER apparently.



IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MINNESOTA

| | |
|---|---|
| MARK ALLAN, )<br><br>Plaintiff, )<br><br>v. )<br><br>JACOB JOSEPH LEW, )<br><br>Defendant. ) | Case No. 14-cv-01332-DSD-FLN<br><br>**ORDER** |

*[Handwritten across document: "Refused for Cause"]*

This matter is before the Court on the United States' motion to dismiss [ECF No. 5]. Based on a review of the complaint, the United States' motion, and any response thereto, the Court grants the United States' Motion. Plaintiff Mark Allan Fiedler has failed to meet the pleading requirements of Federal Rule of Civil Procedure 8(a), failed to state a complaint upon which relief can be granted, and has failed to establish that this Court has jurisdiction over his claims. His complaint must be dismissed pursuant to Federal Rule of Civil Procedure 12(b)(1) and (b)(6).

Accordingly, **IT IS HEREBY ORDERED** that Fiedler's complaint [ECF No. 1] is dismissed.

Dated: _____

                                                                               _____
                                                                               David S. Doty, Judge
                                                                               United States District Court