In the United States District Court

for the District of Minnesota

Re: 14-cv-1332



### Default judgment

Jacob Joseph LEW has failed to assert any claim to Mark Allan. The response to the summons is not from a party of interest to this action and in fact attempts to change the Respondent Name and character herein. As stipulated on the summons properly formed and served;

> You are hereby summoned and required to serve upon plaintiff, whose address is: Mark Allan; 7034 Lake Shore Drive South; Richfield, Minnesota. [55423] AND FILE WITH THE CLERK OF THE COURT an answer to the complaint which is herewith served upon you, within twenty 20 days of service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Default judgment is hereby entered and the injunctive relief sought in the counterclaim is awarded to Mark Allan. Jacob Joseph LEW is by law to forfeit seizure upon Mark Allan's property and person, refunding according the redemption of lawful money pursuant to the Federal Reserve Act and US Code the amount of $5,708.00.

*Mark Allen*
7034 Lake Shore Drive South
Richfield, Minnesota. [55423]

SCANNED
JUL 21 2014
U.S. DISTRICT COURT MPLS

The round-date and certificate of mailing testify that certified copies of this default judgment were posted as follows:

US and State AG's here…

Jacob Joseph LEW                              Registered mail # RA XXX XXX XXX US
1500 Pennsylvania Avenue NW
City of Washington, District of Columbia, State.
           [20220]