IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MINNESOTA

MARK ALLAN,                               )
                                          )      Case No. 14-cv-01332-DSD-FLN
      Plaintiff,                    )
                                          )      **CERTIFICATE OF SERVICE BY**
      v.                            )      **MAIL**
                                          )
JACOB JOSEPH LEW,                         )
                                          )
      Defendant.                    )
_____)

      I certify that on August 8, 2014, I filed with the Clerk of Court via CM/ECF the following documents:

United States' Response to Plaintiff's Default Judgment Filing

and I certify that I caused a copy of the foregoing documents to be sent by U.S. mail, postage-paid to:

Mark A. Fiedler
7034 Lake Shore Drive S.
Richfield, MN 55432

*/s/ Erin Lindgren*
ERIN LINDGREN
Trial Attorney, Tax Division
U.S. Department of Justice
Minn. Bar No. 0392617
P.O. Box 7238,
Washington, D.C.  20044
202-353-0013 (p)
202-514-6770 (f)
Erin.Lindgren@tax.usdoj.gov