IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MINNESOTA

| | |
|---|---|
| MARK ALLAN,<br><br>      Plaintiff,<br><br>v.<br><br>JACOB JOSEPH LEW,<br><br>      Defendant. | Case No. 14-cv-01332-DSD-FLN<br><br>**ORDER GRANTING UNITED STATES' MOTION TO DISMISS** |

This matter is before the court on the United States' motion to dismiss [ECF No. 5]. The plaintiff has failed to respond to the United States' motion and failed to attend the September 5, 2014, hearing on the motion. Based on a review of the complaint and the United States' motion papers, the court grants the United States' Motion to Dismiss. Plaintiff Mark Allan Fiedler has failed to meet the pleading requirements of Federal Rule of Civil Procedure 8(a), failed to state a complaint upon which relief can be granted, and has failed to establish that this court has jurisdiction over his claims. He has also failed to effect proper service upon the United States. His complaint must therefore be dismissed pursuant to Federal Rule of Civil Procedure 12(b)(1), (b)(5), and (b)(6).

Accordingly, **IT IS HEREBY ORDERED** that Fiedler's complaint [ECF No. 1] is dismissed.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: September 8, 2014

s/David S. Doty
David S. Doty, Judge
United States District Court

CASE 0:14-cv-01332-DSD-FLN   Document 20   Filed 09/08/14   Page 2 of 2