UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 14-1332(DSD/FLN)

Mark Allan,

             Plaintiff,

v.                                              **ORDER**

Jacob J. Lew, Secretary of
the U.S. Treasury/US Governor
for the IMF,

             Defendant.


     This matter is before the court sua sponte.  On September 8, 2014, the court dismissed plaintiff Mark Allan's suit again Jacob Joseph Lew, Secretary of the Treasury, and entered judgment accordingly.[1]  ECF Nos. 20, 21.  Since that time, Allan has filed six documents in this matter, each of which is referred to as a "Refusal for Cause."  See ECF Nos. 22-27.  The filings attach the court's September 8, 2014, order and communications from the Department of the Treasury apparently relating to Allan's personal income tax obligations.  Although unclear, Allan's refusals for cause may be an effort to somehow disavow these communications. This matter is closed, however, and Allan's filings have no impact on the case or the communications attached to his filings.

---

[1]  As noted by the court in its previous order, Allan's full name is Mark Allan Fiedler.  This order applies equally to Mark Allan and Mark Allan Fiedler.

Accordingly, based on the above, **IT IS HEREBY ORDERED** that:

1.    Mark Allan is prohibited from filing additional papers in this case absent express permission from the court;

2.    The clerk of court is directed to refuse any documents submitted by Mark Allan unless he has applied for and received prior consent from the court; and

3.    The clerk of court shall remove ECF Nos. 22-27 from the docket in this matter.

Dated:  May 21, 2015

s/David S. Doty
David S. Doty, Judge
United States District Court

2